IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| richard-enrique: [for the family-ulloa]  )<br>  )<br>steward for the trustee (real party in interest)  )<br>vs.  )<br>  )<br>  )<br>  )<br>"THE PEOPLE OF THE STATE OF NEW  )<br>YORK" (DAVID BOOLE)  )<br>TOWN OF ULSTER COURT / ULSTER TOWN  )<br>COURT et al.  )<br>(FICTITIOUS)<br>The Fiction | U.S. DISTRICT COURT<br>N.D. OF N.Y.<br>FILED<br>JUL 09 2009<br>CASE NO. 1:09-CV-683<br>DNH/RFT<br>LAWRENCE K. BAERMAN, CLERK<br>ALBANY<br><br>*AMENDED*<br>*NOTICE OF REMOVAL* |

_____

### NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. 1441, 1443 THRU 1446, (Plaintiff), richard-enrique: [for the family-ulloa], hereby removes this action, commenced by the Fictitious plaintiff, now **The Fiction** "THE PEOPLE OF THE STATE OF NEW YORK", New-York, in which all jurisdictional requirements imposed by 28 U.S.C. 1331 have been met, and

(Plaintiff) states:

1. This action was commenced in the alleged "TOWN OF, ULSTER COURT" for "COUNTY OF, ULSTER", "STATE OF, NEW YORK", and assigned Case nos. **[0903-0049] and [0812-0814]**, (having an alleged warrant, and complaint). This is a civil action, in Commerce, as "STATE OF NEW YORK", **the fiction**, claiming to be the damaged Party, asserting claims for relief pursuant to STATE statute: COMMERCIAL CODE VTL 1229-O 03, VTL 0511 01A, VTL 0509 01, VTL 375-42 and COMMERCIAL BILLS OF EXCHANGE 3F1401C3SP, 3F1401C4SP, 3F1401C6SP, 3F0800WVSP, LV3765285, being traded on Fidelity Investments called "FIDELITY FUND, and FIDELITY MUNICIPAL MONEY MARKET FUND which is a fraud, and

2. **The Fiction** has <u>never produced</u> a charged, complaint, summons having a **Verified, Valid, Lawful Complaint(s):** against the real party richard-enrique: (for the family-ulloa), that would meet the requirements by Law to produce a Verified, Valid, Lawful Complaint having a real party and signed by a witness under "oath." See People vs. Ragusa 255 N.Y. S. 2d 269,272 **Violation of Failure to Produce a Verified, Valid. Lawful Complaint(s):** which is a fraud, and

3. **The Fiction** named above, the person doing business as DAVID BOOLE (Assistant District Attorney), and representing the FICTITIOUS "PEOPLE OF THE STATE OF NEW YORK" has failed to make the Ratification of Commencement of the action by failing to produce a real party in Interest. **Violation of Failure to Produce a Real Party in Interest: See Federal Rules of Civil Procedure Rule 17(a) incorporated by reference as fully stated herein** which is a fraud, and

4. The person doing business as SUSAN KESICK (JUDGE), appeared to be bias and prejudice by her ruling, orders and **attempting to move forward with a non-existent case, and without having any jurisdiction to do so by seeking judgment against "alleged defendant"** for alleged damage caused, to a non-existent party called "THE PEOPLE OF THE STATE OF NEW YORK" which is a fraud, See **Non Prosequitur:** [Latin, He does not pursue, or follow up.] *The name of a judgment rendered by a court against a plaintiff because he or she fails to take any necessary steps, in legal proceedings, within the period prescribed for such proceedings by the practice of court.* When a judgment of *non prosequitur* is entered against the plaintiff, he or she has failed to properly pursue the lawsuit and cannot subsequently obtain a judgment against the defendant. A failure of such nature would result in a dismissal of the action or in a default judgment in favor of the defendant. West's Encyclopedia of American Law, edition 2, and

5. The person doing business as SUSAN KESICK (JUDGE), has violated the due process of Law of the united states constitution, by issuance of an alleged Arrest Warrants, without the issuance of a complaint , summons, or having a **Verified, Valid, Lawful Complaint(s)**, and notification to the Alleged Defendant of a court date, and

6. The person doing business as SUSAN KESICK (JUDGE), has acted outside her scope of authority and has made bias and prejudice orders by answering the document titled NOTICE AND DEMAND FOR A DEFINITE STATEMENT OF *BONA FIDE* ALLEGATION OF JURISDICTION on behalf of the person doing business as DAVID BOOLE, (Assistant District Attorney), which is the only one required by Law to answer the document, which is a fraud, and

7. Pursuant to 28 U.S.C. 1441(b), and 1443 this action is removed by (Plaintiff).

8. This Court has original jurisdiction of this action under 28 U.S.C. 1331, and removal is appropriate to this Court under 28 U.S.C. 1441, 1442 thru 1446.

9. Venue is proper in this District.

10. Notice of Removal is being filed in the State / Town Court contemporaneously with this filing.

11. Copies of alleged "Complaints" handed to the "alleged defendant" (now Plaintiff) in the alleged "Town of Ulster", have been filed under Summary of Local Case with this court, Notice of Removal is being filed in the State / Town "Town of Ulster Court" contemporaneously with this filing.

THEREFORE, having met all of the requirements for removal under 28 U.S.C. 1441, 1442 thru 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. 1331, alleged defendant give notice of removal of the captioned case to the, "United States District Court", Northern District of New York, on this seventh day, of July, in the year of our Lord, two thousand and nine.

richard-enrique: (for the family-ulloa), steward
general post-office 771
non-commercial, non-resident, non-domestic
stone ridge: new-york: the land.
[845-687-7855]

## "PROOF OF SERVICE" Evidence of Service

I, *luis-wilfredo*: hereby certify that the statements herein are true, exact, correct to the best of my knowledge, and that an exact copy of this AMENDED NOTICE OF REMOVAL has been filed with the Clerk of the "United States District Court", Northern District of New York, and a true and exact copy has been delivered to and by "First Class Mail, to the following:

| | |
|---|---|
| *"SUSAN KESICK"* (845) 382-1737 | "TOWN OF ULSTER COURT, ULSTER TOWN COURT |
| "TOWN OF ULSTER COURT" | "C/O *ANDREW ZWEBEN*"     (845) 338-8900 |
| 1 TOWN HALL DRIVE | 12 JOHN STREET |
| LAKE KATRINE, NEW YORK | KINGSTON, NEW YORK 12401 |
| First Class Mail CERT 7007 2680 0002 0649 0625 | First Class Mail CERT 7007 2680 0002 0649 0632 |
| | |
| *"MARSHA WEISS"* (845) 382-1737 | *"DAVID BOOLE"* 845-340-3280 |
| "TOWN OF ULSTER COURT" | "ASSISTANT DISTRICT ATTORNEY" |
| 1 TOWN HALL DRIVE | 275 WALL STREET |
| LAKE KATRINE, NEW YORK | KINGSTON, NEW YORK 12401 |
| First Class Mail CERT 7007 2680 0002 0649 0625 | First Class Mail CERT 7007 2680 0002 0649 0649 |
| | |
| *"NICK WOERNER"* (845)-382-2765 | |
| CEO for the "TOWN OF ULSTER" | |
| 1 TOWN HALL DRIVE | |
| LAKE KATRINE, NEW YORK | |
| First Class Mail CERT 7007 2680 0002 0649 0625 | |
| | |
| "Anne Raskoskie" *Clerk for the Court* | |
| "TOWN OF ULSTER COURT" (845) 382-1737 | Sent by post-office, first class-mail |
| 1 TOWN HALL DRIVE | NOTICE OF REMOVAL |
| LAKE KATRINE, NEW YORK | Evidence of Service |
| First Class Mail CERT 7007 2680 0002 0649 0625 | |

*[signature: Luis W. Rivera]*

luis-wilfredo: (for the family-rivera), steward
Postal-Department 771
stone ridge: new-york: the land.
[845-687-7833]
07/07/2009
**Twenty-sixth day, of the fourth month, in the year of Highest
𐤄𐤉𐤄𐤅 (YaHaWaH) six thousand twelve,**

**"TOWN OF ULSTER COURT / ULSTER TOWN COURT"**
**"ULSTER COUNTY"**

| | |
|---|---|
| "THE PEOPLE OF THE STATE OF NEW YORK"<br>TOWN OF ULSTER COURT / ULSTER TOWN COURT et al.<br>　　　(FICTITIOUS PLAINTIFF)<br><br>vs.<br><br>[RICHARD ENRIQUE ULLOA]<br><br>　　　(ALLEGED DEFENDANT),<br><br>richard-enrique: [for the family-ulloa]<br><br>steward for the trustee **(real party in interest)** | "Town of Ulster Court<br>Case Nos. 0903-0049 / 0812-0814"<br><br><br><br>**AMENDED**<br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL**

Alleged Defendant, **richard-enrique:** [for the family-ulloa], notifies this court and the Plaintiff's that, pursuant to 28 U.S.C. 1441 thru 1446, the above styled action was removed from the TOWN OF ULSTER COURT, TOWN OF ULSTER JUSTICE COURT, for COUNTY OF, ULSTER, New York, to the United States District Court Northern District of New York, A true copy of the NOTICE OF REMOVAL, filed with the United States District Court Northern District of New York, is attached hereto.

Respectfully submitted

_/s/_

richard-enrique: (for the family-ulloa), steward
**general post-office 771**
**non-commercial, non-domestic, non-resident**
**stone ridge: new-york: the land.**
[845-687-7855]
